THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW-SCOTT LLC, and SCOTT CROPLEY, <br><br> Plaintiff, <br><br> v. <br><br> VANDERHOUWEN & ASSOCIATES, INC., <br><br> Defendant. | No. C10-5905RJB <br><br><br> ORDER |

The Court having been moved jointly by Plaintiffs and Defendant to stay proceedings for sixty (60) days pending final settlement, and being fully advised in the premises, hereby

ORDERS that these proceedings are STAYED for sixty (60) days.

DATED this 20th day of January, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER (10-CV-5905-RJB)
1/20/2011 4:16 PM CROS.001

Page 1

